# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA (VARGAS) PEREZ,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>EL CENTRO REGIONAL MEDICAL CENTER,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07cv0132 JM(LSP)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION WITH PREJUDICE |

　　　Following the settlement of all claims in this action, the court grants Plaintiff's request to dismiss the action with prejudice. (Docket No. 52).

**IT IS SO ORDERED.**

DATED: July 9, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties

- 1 -

07cv0132